UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 04, 2020

SEAN F. McAVOY, CLERK

| | |
|---|---|
| TINA G.,<br><br>            Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | No. 2:18-cv-00262-SMJ<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge Dimke's February 10, 2020 Report and Recommendation, ECF No. 22, recommending that Plaintiff's Motion for Summary Judgment, ECF No. 19, be denied, and the Commissioner of Social Security's Motion for Summary Judgment, ECF No. 20, be granted. No objections have been filed. Having reviewed the Report and Recommendation and relevant authorities, the Court finds that Magistrate Judge Dimke's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 22**, is **ADOPTED** in its entirety.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

2. Plaintiff's Motion for Summary Judgment, ECF No. 19, is **DENIED**.

3. Defendant's Motion for Summary Judgment, ECF No. 20, is **GRANTED**.

4. The Clerk's Office shall **ENTER JUDGMENT** in favor of Defendant.

5. The Clerk's Office is directed to **SUBSTITUTE** Andrew M. Saul as Defendant and update the docket sheet accordingly.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Dimke.

**DATED** this 4th day of March 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge